Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

Attorneys for Defendant
PNC BANK, N.A.

# UNITED STATES DISTRICT COURT – EASTERN DISTRICT

## COUNTY OF SACRAMENTO

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>    Plaintiff,<br><br>v.<br><br>VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BAK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PERSONS**<br><br><br>Action Filed:  April 19, 2016 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned counsel for Defendant PNC BANK, N.A., ("PNC Bank") certifies that the following listed associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.   PNC Bank, N.A. is a national banking association and a wholly owned subsidiary of PNC Bancorp, Inc., a Delaware holding company.

2.   PNC Bancorp, Inc. is a wholly owned subsidiary of the PNC Financial Services, Group, Inc., which is a Pennsylvania corporation.

1

CERTIFICATE OF INTERESTED PARTIES

2440970.1

3. The PNC Financial Services Group, Inc. is a publically held corporate entity.

Upon information and belief, there are no additional entities who have an interest in the subject litigation.

DATED: May 31, 2016

WOLFE & WYMAN LLP

By: //s//*JOSHUA M. BRYAN*
  BRIAN H. GUNN
  JOSHUA M. BRYAN
Attorneys for Defendant
**PNC BANK, N.A**

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SACRAMENTO     )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814.

On May 31, 2016, I served the document(s) described as

- **CERTIFICATE OF INTERESTED PARTIES** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒   **BY MAIL**: as follows:

   ☒   **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐   **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Sacramento, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☐   **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☒   **BY ELECTRONIC ACCESS** Pursuant to the Federal Electronic Filing Court Order, I hereby certify that the above document(s) was/were uploaded to the Vincent, et al. v. PNC Mortgage, Inc. website Case No. 2:14-cv-00833-KJM-CMK and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐   **FEDERAL** as follows: I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on May 31, 2016, at Sacramento, California.

                                                       Beverley P. Tomlin-Hill

2441027.1

**SERVICE LIST**
**HABTEMARIAM v. VIDA CAPITAL GROUP/PNC BANK, NA., et al.**
**W&W File No. 1641-038**
**[Revised: 05/31/2016]**

| | |
|---|---|
| Erin Stratte<br>Ted A. Greene<br>LAW OFFICES OF TED GREENE<br>1912 F Street, Suite 110<br>Sacramento, CA 95811 | Attorneys for Plaintiff<br><br>Tel: (916) 442-6400<br>Fax: (916) 266-9285<br>Email: estratte@tedgreenelaw.com |



2441027.1