UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>    Plaintiff,<br><br>    v.<br><br>VIDA CAPITAL GROUP, LLC, et al.,<br><br>    Defendants. | No. 2:16-cv-01189-MCE-GGH<br><br>**RELATED CASE ORDER** |
| VIDA CAPITAL GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GENET HABTEMARIAM,<br><br>    Defendant. | No. 2:16-cv-01836-WBS-GGH |

    The Court has received the Notice of Related Case filed on August 4, 2016.

    Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:16-cv-01836-WBS-GGH, Vida Capital Group, LLC v. Genet Habtemariam is reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. The Clerk of the Court is to issue an Initial Pretrial Scheduling Order. The caption on documents filed in the reassigned case shall be shown as 2:16-cv-01836-MCE-GGH.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: August 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE