Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
PNC BANK, N.A. (sued as PNC BANK, NATIONAL ASSSOCIATION S/B/M NATIONAL CITY MORTGAGE.)

UNITED STATES DISTRICT COURT – EASTERN DISTRICT

COUNTY OF SACRAMENTO

GENET HABTEMARIAM,

　　　　Plaintiff,

v.

VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE and DOES 1 to 50, inclusive,

　　　　Defendants.

Case No.: 2:16-cv-01189-MCE-GGH

**ORDER EXTENDING DEFENDANTS TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiff and Defendants. IT IS HEREBY ORDERED that the time for Defendants to respond to Plaintiff's First Amended Complaint shall be and hereby is extended up to and including March 31, 2017.

**IT IS SO ORDERED.**

Dated: March 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE