Brian H. Gunn (SBN 192594)
*bhgunn@wolfewyman.com*
Joshua M. Bryan (SBN 225230)
*jmbryan@wolfewyman.com*
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
PNC BANK, N.A.

UNITED STATES DISTRICT COURT – EASTERN DISTRICT

COUNTY OF SACRAMENTO

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-cv-01189-MCE-GGH<br><br>**ORDER EXTENDING DEFENDANTS TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

　　In accordance with the Stipulation between Plaintiff and Defendants, and good cause appearing, the time for Defendant PNC BANK, N.A., to respond to Plaintiff's Second Amended Complaint shall be and hereby is extended up to and including August 22, 2017.

　　**IT IS SO ORDERED.**

Dated: August 14, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

1
**ORDER EXTENDING TIME FOR RESPONSE TO 2ND AMENDED COMPLAINT**