|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| GENET HABTEMARIAM, | No. 2:16-cv-01189-MCE-GGH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT VIDA CAPITAL GROUP, LLC'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT THE HEARING ON THE MOTION OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION; GATEWAY BANK, N.A.; DOES 2 to 50, inclusive, | |
| Defendants. | |

Pursuant to the Request of Defendant Vida Capital Group, LLC ("Vida Capital"), for Leave to Appear Telephonically at the Hearing on Plaintiff's Motion for Preliminary Injunction (the "Hearing"), and which hearing is set for August 17, 2017, in the above-entitled action:

///

///

///

///

///

///

1

IT IS HEREBY ORDERED that The Law Office of Michelle Ghidotti and Shannon C. Williams, Esq., counsel of record for Defendant Vida Capital Group, LLC, shall be allowed to appear telephonically at the Hearing set for August 17, 2017 at 11:00 a.m.

IT IS SO ORDERED.

Dated: August 15, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE