**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, California 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**PNC BANK, N.A.**

# UNITED STATES DISTRICT COURT – EASTERN DISTRICT

## COUNTY OF SACRAMENTO

| | |
|---|---|
| GENET HABTEMARIAM, | Case No.: 2:16-cv-01189-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER EXTENDING DEFENDANTS TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE and DOES 1 to 50, inclusive, | |
| Defendants. | |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiff and Defendant PNC BANK, N.A.

IT IS HEREBY ORDERED that the time for Defendant PNC BANK, N.A., to respond to Plaintiff's Second Amended Complaint shall be and hereby is extended up to and including September 11, 2017.

**IT IS SO ORDERED.**

Dated: August 29, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER EXTENDING TIME FOR RESPONSE TO 2ND AMENDED COMPLAINT**