1
2
3
4
5
6
7

Michelle R. Ghidotti-Gonsalves, Esq. (SBN: 232837)
Marvin B. Adviento, Esq. (SBN: 240315)
THE LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tel: (949) 354-2601
Fax: (949) 200-4381
Email: madviento@ghidottilaw.com

Attorneys for Defendant, VIDA CAPITAL GROUP, LLC

8
9
10

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>              Plaintiff,<br><br>       v.<br><br>VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION; GATEWAY BANK, N.A.; DOES 2 to 50, inclusive<br><br>              Defendants. | **Case No.:** 2:16-cv-01189-MCE-GGH<br>[Consolidated with 2:16-cv-01836-MCE-GGH]<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, VIDA CAPITAL GROUP, LLC; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>**Hearing:**<br>Date: September 20, 2018<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br><br>[Declaration of Marvin B. Adviento filed concurrently herewith] |

23

### TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

24
25
26
27
28

**PLEASE TAKE NOTICE** that on, September 20, 2018, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Morrison C. England, Jr., United States District Judge, Courtroom 7, 14th Floor, of the United States District Court for the Eastern District of California, Sacramento Division, 501 "I" Street, Sacramento, CA 95814, Michelle R. Ghidotti-Gonsalves, of The Law Offices of Michelle Ghidotti, shall and hereby does respectfully seek leave of this Court pursuant to **Local R. 182(d)** and in compliance with

1

**Cal. R. Prof. Conduct 3-700**, to withdraw as counsel for Defendant, Vida Capital Group, LLC.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Local R. 11-5, Michelle R. Ghidotti-Gonsalves ("Movant") hereby notifies the parties and the Court of her intent to withdraw as counsel for Defendant. Movant states the following grounds for her notice and motion:

1. Movant's withdrawal will not cause any prejudice or delay in this case.

2. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in traveling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

3. Defendant has previously agreed to the withdrawal, but recent attempts to contact Defendant and notify him of this Motion have been unsuccessful. (Declaration of Marvin B. Adviento, ¶¶ 4-5.)

THEREFORE, Movant Michelle R. Ghidotti-Gonsalves respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

LAW OFFICES OF MICHELLE GHIDOTTI

Dated: August 20, 2018        By:     _/s/ Michelle R. Ghidotti-Gonsalves_____
                                      Michelle R. Ghidotti-Gonsalves, Esq.
                                      Marvin B. Adviento, Esq.
                                      Attorneys for Defendant,
                                      VIDA CAPITAL GROUP, LLC

### DECLARATION OF MARVIN B. ADVIENTO

I, Marvin B. Adviento, declare and state as follows:

1.      I am over the age of eighteen years and not a party to this action.  The facts set forth below are known to me personally.  I have first-hand knowledge of them.  If called upon as a witness, I could and would testify competently under oath to such facts.

2.      I am an Associate Attorney with the Law Offices of Michelle Ghidotti, counsel of record for Defendant Vida Capital Group, LLC ("Defendant").

3.      My office has communicated with the principal of Defendant Vida, Malcolm Durham since July 20, 2017.

4.      On July 20, 2017, Mr. Durham sent an email instructing my firm to substitute out and have other counsel deal directly with him in the underlying matter.

5.      On November 13, 2017, Mr. Durham executed a Substitution of Attorney that I filed the next day, November 14, 2017.  The Substitution of Attorney was rejected on the grounds that my office needed to file a Motion to Withdraw as counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2018 in Santa Ana, California


___/s/  Marvin B. Adviento_
Marvin B. Adviento, Declarant

MOTION TO WITHDRAW AS COUNSEL

**PROOF OF SERVICE**
*Genet Habtemariam v. Vida Capital Group, LLC, et al.*
*Case No.: 2:16-cv-01189-MCE-GGH*

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1920 Old Tustin Avenue, Santa Ana, CA 92705.

On August 21, 2018, I served the foregoing document described as **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, VIDA CAPITAL GROUP, LLC; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ]  (BY MAIL)  I caused each such envelope, with postage thereon fully prepaid, to be sealed and placed in the United States mail at Santa Ana, CA. I am readily familiar with the practice of The Law Offices of Michelle Ghidotti for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the U.S. Postal Service the same day as it is placed for collection.

[X]  (VIA NOTICE OF ELECTRONIC FILING (ECF)) Pursuant to controlling General Orders, the foregoing documents will be served by the Court via NEF and hyperlink to the document. On August 21, 2018, I checked the CM/ECF docket for this matter and determined that the following persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached service list.

[ ]  (BY FACSIMILE)  The Law Offices of Michelle Ghidotti transmitted the above-referenced document(s) by facsimile transmission on its facsimile machine, having telephone number of (949) 427-2732, on the date and time stated below and to the facsimile number specified on the attached service list. The transmission was reported as complete and without error.

[ ]  (BY OVERNIGHT DELIVERY)  I am readily familiar with the practice of The Law Offices of Michelle Ghidotti for the collection and processing of overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ]  (BY PERSONAL SERVICE) I caused the above-referenced documents to be personally served on the person(s) identified herein or on the attached service list.

[ ]  (STATE)  I declare under the penalties of perjury of the State of California that the above is true and correct of my personal knowledge.

1

PROOF OF SERVICE

[X]     (FEDERAL)   I declare that I am employed in the office of The Law Offices of Michelle Ghidotti and that Ms. Michelle R. Ghidotti is a member of the bar of this Court.

Executed on August 21, 2018, at Santa Ana, California.

*/s/ Leticia Ruiz*
Leticia Ruiz

2

PROOF OF SERVICE

**SERVICE LIST**

*Genet Habtemariam v. Vida Capital Group, LLC, et al.*
*Case No.: 2:16-cv-01189-MCE-GGH*

| | |
|---|---|
| Ted A. Green, Esq.<br>Michael D. Maloney, Esq.<br>LAW OFFICES OF TED A. GREENE, INC.<br>1912 F. Street, Suite 110<br>Sacramento, CA 95811<br>Tel: (916) 442-6400<br>Fax: (916) 266-9285<br>Email: tgreene@tedgreenelaw.com | Attorneys for Plaintiff,  GENET HABTEMARIAM |
| Brian Gunn, Esq.<br>Joshua Brian, Esq.<br>WOLFE & WYMAN, LLP<br>980 9th Street<br>Sacramento, CA 95814 | Attorneys for Defendant, PNC BANK, NATIONAL ASSOCIATION |
| Patricia H. Lyon, Esq.<br>FRENCH LYON TANG<br>1990 N. California Blvd, Suite 300<br>Walnut Creek, CA 94596 | Attorneys for Defendant, GATEWAY BANK, N.A. |

3

PROOF OF SERVICE