UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>Plaintiff,<br><br>v.<br><br>VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK; NATIONAL ASSOCIATION; and DOES 1 to 50, inclusive,<br><br>Defendants. | No. 2:16-cv-01189-MCE-GGH<br><br>**ORDER** |

Marvin B. Adviento and Michelle R. Ghidotti-Gonsalves of the Law Offices of Michelle Ghidotti ("Ghidotti"), attorney of record for Defendant Vida Capital Group, LLC move to withdraw as said Defendants' counsel of record in these proceedings. Defendant Vida has filed no opposition to Ghidotti's request.

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

1

Because Ghidotti's request is both procedurally correct and unopposed, Ghidotti's Motion to Withdraw (ECF No. 86) is GRANTED.[1]  Marvin R. Adviento and Michelle R. Ghidotti-Gonsalves of the Law Offices of Michelle Ghidotti are consequently relieved as counsel of record for Defendant Vida Capital Group, LLC. effective upon the filing of a proof of service of this signed Order on said Defendant.

Defendant Vida Capital Group, LLC is cautioned that as a business entity it cannot make any further appearance in this matter without counsel appearing on its behalf.

IT IS SO ORDERED.

Dated:  January 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).