2 pgs.

Ted A. Greene (SBN 220392)
Michael D. Maloney (SBN 208297)
LAW OFFICES OF TED A. GREENE, INC.
1912 F Street, Suite 110
Sacramento, CA 95811
T: (916) 442-6400
F: (916) 266-9285
Email: tgreene@tedgreenelaw.com; mmaloney@tedgreenelaw.com

Attorneys for Plaintiff
GENET HABTEMARIAM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENET HABTEMARIAM,<br>                    Plaintiff,<br><br>          vs.<br><br>VIDA CAPITAL GROUP, LLP; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION; GATEWAY BANK, N.A.; DOES 2 to 50 inclusive,<br><br>                    Defendant. | Case No. 2:16-cv-01189-MCE-GGH<br>  [Consolidated with 2:16-cv-01839-MCE-GGH]<br><br>ORDER ON REQUEST FOR DISMISSAL |

On October 23, 2017, Plaintiff Genet Habtemariam submitted a Request for Dismissal as to Defendant Gateway Bank, N.A., in the above-titled matter. Accordingly, the matter is DISMISSED with prejudice as to Defendant Gateway Bank. This case shall proceed on Plaintiff's remaining claims against the remaining defendants.

IT IS SO ORDERED.

Dated: March 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE