**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Jonathan C. Cahill (SBN 287260)**
*jccahill@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, California 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

Attorneys for Defendant
PNC BANK, N.A. (sued as PNC BANK, NATIONAL ASSSOCIATION S/B/M NATIONAL CITY MORTGAGE.)

**Ted A. Greene, Esq. (SBN: 220392)**
*tgreene@tedgreenelaw.com*
**Michael D. Maloney, Esq. (SBN: 208297)**
*mmaloney@tedgreenelaw.com*
**LAW OFFICES OF TED A. GREENE, INC.**
**1912 F Street, Suite 110**
**Sacramento, California 95811**
**Telephone: (916) 442-6400**
**Facsimile: (916) 266-9285**

Attorneys for Plaintiff
GENET HABTEMARIAM

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>Plaintiff,<br><br>v.<br><br>VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01189-MCE-AC<br><br>**ORDER ON JOINT MOTION TO MODIFY OR VACATE SCHEDULING ORDER** |

///

///

1
**ORDER ON JOINT MOTION TO MODIFY OR VACATE SCHEDULING ORDER**

The Court, having reviewed the parties' Joint Motion to Modify or Vacate the Scheduling Order (ECF No. 91) filed by Defendant PNC Bank, N.A. and Plaintiff Genet Habtemariam, hereby GRANTS said Motion. The operative scheduling order (ECF No. 4) is hereby modified as follows:

1. Not later than **thirty (30) days** after the date this Order is electronically filed, the parties shall confer as required by Federal Rule of Civil Procedure 26(f);

2. All discovery, with the exception of expert discovery, shall be completed not later than **one hundred eighty (180) days** following the date this Order is electronically filed;

3. All other dates shall be calculated based on these changes; and

4. All other provisions shall remain in effect.

**IT IS SO ORDERED.**

**Dated: March 20, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE