Brian H. Gunn (SBN 192594)
bhgunn@wolfewyman.com
Jonathan C. Cahill (SBN 287260)
jccahill@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for Defendant
PNC BANK, N.A. (sued as PNC BANK, NATIONAL ASSSOCIATION S/B/M NATIONAL CITY MORTGAGE.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GENET HABTEMARIAM, <br><br> Plaintiff, <br><br> v. <br><br> VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No.: 2:16-CV-01189-MCE-AC <br><br> Magistrate Judge Allison Claire <br><br> **INITIAL DISCLOSURES OF DEFENDANT PNC BANK, N.A.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant PNC BANK, N.A. ("PNC") hereby makes the following disclosures based on the information reasonably available to it as of the date of this disclosure. By making these disclosures, PNC does not intend to and does not, waive any objection or privilege permitted under the Federal Rules of Civil Procedure as to any discovery in this action, including, but not limited to, the attorney-client privilege, attorney work-product protection and the privacy rights of PNC and others. PNC hereby reserves the right to raise such privileges and object to disclosure or production of documents on that basis. The identification of witnesses, documents or records in this disclosure does not waive any privileges that cover information contained in such documents or records or

possessed by such witnesses and does not waive any objections to any subsequent discovery concerning such witnesses, documents or records. These disclosures may not be complete. PNC reserves its right to amend and/or supplement these disclosures.

### A. INDIVIDUALS – Rule 26(a)(1)A(i)

PNC identifies the person(s) most knowledgeable at PNC who are likely to have discoverable information on the following subjects and who may be used to support PNC's claims or defenses in this action in the following subject areas, unless the use would be solely for impeachment. The person(s) most knowledgeable identified in the following subject areas may be contacted through PNC's counsel of record, Wolfe & Wyman, LLP, at the address and telephone number listed in the above caption. These subject areas include:

1. Subject Area of Loan Servicing;
2. Subject Area of borrower defaults;
3. Subject Area of loan and servicing transfers;
4. Subject Area of loan charge offs.

PNC also identifies Plaintiff with regard to the allegations in her Complaint including but not limited to her communications with PNC, application of payments to the Loan, notices sent by PNC to Plaintiff, and each cause of action asserted against PNC in the Complaint.

### B. DOCUMENTS – Rule 26(a)(1)(A)(ii)

PNC identifies the following categories of documents in PNC's possession, custody or control, which may be used to support its claims or defenses, unless their use would be solely for purposes of impeachment. The following documents may be subject to redaction, nondisclosure and/or limited disclosure on the basis of the attorney-client privilege, attorney work-product protection and/or privacy.

1. Documents in PNC's file pertaining to origination of the subject loan.
2. PNC's payment records for the subject loan.
3. PNC's servicing records for the subject loan
4. Correspondence between PNC and Plaintiff
5. Plaintiff's Original Complaint.

6. Unknown and yet to be identified documents that may be in the possession, custody or control of any of the parties in this action that may be relevant to this claim or defense herein.

C. **DAMAGES – RULE 26(a)(1)(A)(iii)**

PNC does not seek damages in this action.

D. **INSURANCE – RULE 26(a) (1)(A)(iv)**

Pursuant to Federal Rules of Civil Procedure, Rule (a)(1)(iv), PNC states there is no applicable insurance agreement that may satisfy all or part of a possible judgment in this action.

DATED: June 4, 2019                         WOLFE & WYMAN LLP


By: //s//*Jonathan C. Cahill*
    BRIAN H. GUNN
    JONATHAN C. CAHILL
Attorneys for Defendant
**PNC BANK, N.A.**

## PROOF OF SERVICE

**STATE OF CALIFORNIA**    )
                           ) ss.
**COUNTY OF SACRAMENTO**   )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814.

On June 4, 2019, I served the document(s) described as **INITIAL DISCLOSURES OF DEFENDANT PNC BANK, N.A.** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐    **BY MAIL**: as follows:

    ☐    **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Sacramento, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☐    **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☒    **BY ELECTRONIC ACCESS** Pursuant to the Federal Electronic Filing Court Order, I hereby certify that the above document(s) was/were uploaded to the *Habtemariam et al. v. Vida Capital* and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒    **FEDERAL** as follows: I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on June 4, 2019, at Sacramento, California.

_____
Beverley P. Tomlin-Hill

**SERVICE LIST**
**HABTEMARIAM v. VIDA CAPITAL GROUP/PNC BANK, NA., et al.**
**W&W File No. 1641-038**
**[Revised: 05/31/2016]**

| | |
|---|---|
| Michael D. Maloney<br>Ted A. Greene<br>LAW OFFICES OF TED GREENE<br>1912 F Street, Suite 110<br>Sacramento, CA 95811 | **Attorneys for Plaintiff**<br><br>Tel: (916) 442-6400<br>Fax: (916) 266-9285<br>Email: mmaloney@tedgreenelaw.com |
| Christopher L. Bauer<br>LAW OFFICES OF CHISTOPHER L. BAUER<br>17500 Red Hill Avenue, Suite 230<br>Irvine, CA 92641-5682 | **ATTORNEY FOR DEFENDANT**<br>**VIDA CAPITAL GROUP, LLP**<br><br>**Tel: (949) 298-5179**<br>**Fax: (949) 861-9179**<br>**Email:** *cbauer@clbesquire.com* |
| VIDA CAPITAL GROUP, LLP<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, CA 94301<br>Attn: Malcolm Durham | |

2441027.1