**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Jonathan C. Cahill (SBN 287260)**
*jccahill@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, California 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**PNC BANK, N.A. (sued as PNC BANK, NATIONAL ASSSOCIATION S/B/M NATIONAL CITY MORTGAGE.)**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>Plaintiff,<br><br>v.<br><br>VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01189-MCE-AC<br><br>**ORDER ON STIPULATION TO FURTHER MODIFY SCHEDULING ORDER** |

Good cause having been shown, the Stipulation to Further Modify the Scheduling Order (ECF No. 109) filed by Defendant PNC Bank, N.A., Defendant Vida Capital Group, LLC, and Plaintiff Genet Habtemariam is GRANTED. The scheduling order (ECF No. 4) is hereby modified as follows:

1. The Parties shall file any dispositive motions on or before March 16, 2020;

2. Expert disclosures are due 45 days after the Court's ruling on the last dispositive motion; and

///

///

1
**ORDER ON STIPULATION TO FURTHER MODIFY SCHEDULING ORDER**

4. All other provisions of the Scheduling Order shall remain in effect.

**IT IS SO ORDERED.**

**Dated: January 17, 2020**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE