UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, NATIONAL ASSOCIATION, a Pennsylvania Corporation formerly known as NATIONAL CITY MORTGAGE, et al.,<br><br>Defendants. | No. 2:16-CV-01189-MCE-AC<br><br>**ORDER** |

Defendants' Joint Motion to Amend the Court's Scheduling Order (ECF No. 160) is DENIED without prejudice to renewal if the upcoming settlement discussions before magistrate judge Carolyn K. Delaney are unsuccessful.

IT IS SO ORDERED.

Dated: December 13, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1