ANDREW S. ELLIOTT (State Bar No. 254757)
ase@severson.com
SAMUEL R. MELAMED (State Bar No. 301303)
srm@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant PNC BANK, N.A. (sued as "PNC BANK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GENET HABTEMARIAM,<br><br>         Plaintiff,<br><br>    vs.<br><br>VIDA CAPITAL GROUP, LLC; US MORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION S/B/M NATIONAL CITY MORTGAGE and DOES 1 to 50, inclusive,<br><br>         Defendants. | Case No. 2:16-CV-01189-MCE-AC<br><br>**ORDER GRANTING RENEWED JOINT ADMINISTRATIVE MOTION TO AMEND RULE 16 SCHEDULING ORDER AFTER AN UNSUCCESSFUL SETTLEMENT CONFERENCE AND IN ANTICIPATION OF TRIAL** |

Good cause having been shown, defendants PNC Bank, N.A. ("PNC") and Vida Capital Group, LLC's ("Vida," collectively "Defendants") joint administrative motion to amend the Court's scheduling order to reopen and extend the discovery cutoff deadline under Federal Rule of Civil Procedure 16 (ECF No. 160) is GRANTED.

The Court hereby ORDERS as follows:

Discovery is reopened for the following limited purposes:  Defendants may take discovery (including leave to take a second deposition of plaintiff Genet Habtemariam ("Plaintiff")) on Plaintiff's alleged damages, including but not limited to discovery on the following topics: (1) Plaintiff's rental of the Property located at 7 Shipman Court, Sacramento, CA 95823, and any

1  income derived therefrom; (2) Plaintiff's alleged continued servicing of the mortgage currently
2  held by Gateway Bank, N.A., and (3) any additional damages Plaintiff allegedly suffered since
3  discovery closed in 2019.
4      This limited discovery shall be completed no later than 150 days from the date of this
5  Order.
6  DATED: March 22, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE