UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENET HABTEMARIAM, | No. 2:16-cv-1189 DC AC |
| Plaintiff, | |
| v. | ORDER |
| VIDA CAPITAL GROUP, LLC; USMORTGAGE RESOLUTION; PNC BANK, NATIONAL ASSOCIATION; DOES 1 to 50, inclusive, | |
| Defendants. | |

Pending before the court is plaintiff's motion to quash third party subpoenas issued to Wells Fargo Bank and Orange Coast Title Company, ECF No. 187, which is referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1). The motion was set to be heard on the papers December 4, 2024. ECF Nos. 187, 188. Defendant Vida Capital Group opposes the motion on the grounds that plaintiff failed to meet and confer prior to filing the motion, and that plaintiff failed to work with defendant to obtain a joint statement. ECF No. 190.

Local Rules 251(b) and (c) establish requirements for any party bringing a motion pursuant to Federal Rules of Civil Procedure 26-37 and 45, including the requirement that the parties meet and confer and file a joint discovery statement. Here, no joint discovery statement has been filed. Additionally, there is no indication that the parties have met and conferred

1

regarding the instant dispute.  Because plaintiff, the moving party, did not satisfy Local Rule 251(b) and (c)'s meet and confer requirement and the joint discovery statement requirement, the motion to compel discovery will be denied without prejudice.  See e.g., U.S. v. Molen, 2012 WL 5940383, at *1 (E.D.Cal. Nov. 27, 2012) (where a party fails to comply with Local Rule 251, discovery motions are denied without prejudice to re-filing).

      For the reasons state above, IT IS HEREBY ORDERED that plaintiff's motion to quash, ECF No. 187, is DENIED without prejudice.

      IT IS SO ORDERED.

DATE: December 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE